IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KARI CRUTCHER, ) ) ) | |
| Plaintiff, ) | **Civil Action No. 16-CV-03812-SCJ** |
| v. ) ) | |
| FIRST GUARANTY MORTGAGE CORPORATION, PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC, PIMCO INVESTMENTS, LLC, AARON SAMPLES, ANDREW PETERS, JILL WINTER and SUZY LINDBLOM ) ) ) ) ) ) ) ) | **PROPOSED ORDER** |
| Defendants. ) _____ ) | |

It is hereby ORDERED that the Motion for Extension of Time to File Responsive Pleading filed by Defendants Aaron Samples, Jill Winter and Suzy Lindblom is GRANTED.

So ORDERED this _____ day of November, 2022.

_____
HONORABLE STEVE C. JONES
U.S. DISTRICT JUDGE