OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall Lohan
CLERK

Unit 18
844 North King Street
U.S. Courthouse
Wilmington, DE 19801
(302)573-6170
www.ded.uscourts.gov

November 7, 2023

TO:

**J. Nelson Thomas, Esq.**
**Jonathan W. Ferris, Esq.**
Thomas & Solomon, LLP
693 East Avenue
Rochester, NY 14607

**Jason Marcus, Esq.**
**Julie K. Bracker, Esq.**
Bracker & Marcus LLC
3355 Lenox Road
Ste 660
Atlanta, GA 30326

**Samuel John Buffone , Jr, Esq.**
Black and Buffone PLLC
1400 I Street Northwest
Washington, DC 20005

**Kristine Grigorian Manoukian, Esq.**
Schulte Roth & Zabel, LLP -NY
919 Third Avenue
New York, NY 10022

**Noah Gillespie, Esq.**
**Peter H. White, Esq.**
Schulte Roth & Zabel LLP
555 13th Street, NW
Washington, DC 20004

**Anthony C. Lake, Esq.**
**Craig A. Gillen, Esq.**
Gillen & Lake LLC
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339

**Christopher Lee Meazell, Esq.**
Potoma Law Group, PLLC
1300 Pennsylvanis Avenue N.W. Ste. 700
Washington, DE 20004

**Michael Francis Ruggio, Esq.**
Taylor English Duma LLP
10432 Balls Ford Rd. Ste. 300
Manassas, VA 20109

**Matthew Robert Rosenkoff, Esq.**
Taylor English Duma LLP
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339

**William D. Dillon, Esq.**
Dillon Law Group, LLC
1842 Queens Way
Atlanta, GA 30341

RE:   **DE Case No.:  1:23-cv-01261-UNA**
      **Northern District of Louisiana Case No.: 1:16-cv-03812-TWT**
      **United States of America ex rel. et al v. First Guaranty Mortgage Corporation**

Dear Counsel:

The above referenced action was transferred to the U.S. District Court on 11/06/2023.

Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective August 1, 2016) it is required that all parties associate themselves with local counsel. Local Rule 83.5 (d) and (e) read as follows:

(d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

(e) Time to Obtain Delaware Counsel. A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D. Del. LR 83.5(d) within 30 days after:
(1) The filing of the first paper filed on its behalf; or
(2) The filing of a case transferred or removed to this Court.

Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D. Del. LR 1.3(a).

Please have your local counsel enter an appearance on or before 12/06/2023.

Sincerely,

Randall Lohan
Clerk of Court

By: /s/ jfm
Deputy Clerk