# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA *ex rel.* KARI CRUTCHER,

        Plaintiff,

        v.

FIRST GUARANTY MORTGAGE CORPORATION, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO INVESTMENTS LLC, and ANDREW PETERS,

        Defendants.

Civil Action No.: 23-cv-01261-CFC

## [PROPOSED] ORDER GRANTING STIPULATION

IT IS HEREBY ORDERED this 15th day of ___July___, 2026, that the Parties' Joint Stipulation Extending Defendants' Deadline to Respond to the Third Amended Complaint is **GRANTED**. If the Motion to Dismiss is denied, then Defendants shall respond to the Third Amended Complaint within sixty (60) days after the Court rules on the Motion to Dismiss.

Date: _____

_____
Chief United States District Judge